UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO:  4:24-CR-1 |
| | ) | |
| v. | ) | |
| | ) | |
| AUSTIN MICHAEL BURAK | ) | |

## ORDER

Application for leave of absence has been requested by Michael Z. Spitulnik, Special Assistant United States Attorney, for May 3, 2024; May 6, 2024; May 10, 2024; May 23, 2024, through May 31, 2024; June 17, 2024; and July 12, 2024.

The above and foregoing request for leave of absence is approved.

So ORDERED this 4th day of April 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA