IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.

Austin Burak,

      Defendant.

CASE NO.: 4:24 CR 001

## JOINT STATUS REPORT

I. Date of Status Report Conference: April 19, 2024

II. Conference Attendees:

| Name | Role |
|---|---|
| Skye Musson | Defense Counsel |
| Michael Spitulnik | AUSA |
| Sherri Stephan | AUSA |

III. Pretrial Motions.

☒ All pretrial motions have been satisfied or otherwise resolved.

☐ The parties have not resolved the following pretrial motions(s) and will require a ruling from the Court to settle the actual controversy or dispute:

| Motion Title and Docket Number | Opposed | Oral Argument Requested | Evidentiary Hearing Requested |
|---|---|---|---|
| | Y/N | Y/N | Y/N |
| | Y/N | Y/N | Y/N |
| | Y/N | Y/N | Y/N |

**Complete Remaining Portions Only In Judge Baker Cases**

IV. Are the parties prepared to proceed to trial?  If so, list three potential dates for a telephonic status conference with the presiding District Judge.  <u>NO</u>

| Dates for Telephonic Conference |
|---|
| _____ |
| _____ |
| _____ |

V. Do the parties believe the case will result in a negotiated plea agreement and, if so, do the parties request additional time (not to exceed 30 days) for further plea negotiations and how much time do the parties request?  <u>NO</u>

| Additional Time Requested |
|---|
| Please see the notes below about time requests. Parties request that a new Joint Status Report be due to the Court on July 12, 2024, which will be two weeks after the Defense's Expert Disclosures. |

VI. Additional Notes: All existing discovery has been provided by the government except for sealed recordings from court martial hearings. The government has made numerous requests of military officials to obtain the recordings. The recordings are not believed to be Government witness Jencks statements but rather believed to pertain to psychological testimony. There is no confirmed date for production. The Government acknowledges its ongoing discovery obligations. It should be noted Defense has been working to get their expert signed up through Evoucher and this is taking more time than expected. However, the case is moving forward and the ability to get most of the evidence to the expert will be swift. When requested, the videos of the victim forensic interviews will be made available at a law enforcement office near to the defense expert's practice. This will be arranged once the Evoucher is complete.

This 22nd day April, 2024.

/s/   *Sherri A. Stephan*
      Sherri A. Stephan
      Assistant United States Attorney

/s/   *Michael Z. Spitulnik*
      Michael Z. Spitulnik
      Special Assistant United States Attorney

/s/   *Skye Ellen Musson*
      Defense Counsel