UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO.: 4:24-CR-1 |
| AUSTIN MICHAEL BURAK. ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for dates June 3rd – June 7th, 2024, and June 10th – June 13th, 2024. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 29th day of April, 2024.

_____
Christopher L. Ray
United States Magistrate Judge
United States District Court
Southern District of Georgia