**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAN DIVISION**

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 4:24-cr-1

AUSTIN BURAK,

　　　　　Defendant.

## ORDER TO SEAL

Defendant has filed a "Motion to Seal Under Rule 412", which asks the Court to seal an accompanying "Notice of Intent to Offer Evidence Pursuant to Federal Rule of Evidence 412." Although Defendant's motion neglects to address the required elements of a motion to seal set forth in this Court's Local Rules (see LR Crim. 49.1(b))[1], the Court is nevertheless persuaded as to propriety of sealing in this circumstance. Fed. R. Evid. 412(c)(2). Accordingly, defendant's Motion to Seal is **GRANTED**. The Clerk is **DIRECTED** to file Defendant's notice and accompanying exhibit **UNDER SEAL**. Those submissions shall remain under seal until further order of this Court. Access shall be limited to the parties and the Court.

**SO ORDERED**, this 3rd day of January, 2025.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court has reminded counsel previously about the importance of complying with this Court's Local Rule regarding sealing. See doc. 51 at 1. It does do again here. Future motions which fail to observe the requirements of the Local Rules may be subject to summary denial.